719 A.2d 155

IN THE MATTER OF NEIL I. STERNSTEIN,
AN ATTORNEY AT LAW.

October 21, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **NEIL I. STERNSTEIN** of **DEPTFORD,** who was admitted to the bar of this State in 1975, and who was suspended from the practice of law for a period of two years by Order of this Court dated October 31, 1995, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of three years and until further Order of the Court; and it is further

ORDERED that respondent shall complete twelve hours of professional responsibility courses within six months after the filing date of this Order; and it is further

ORDERED that respondent make installment payments to the Disciplinary Review Board of $50 a month for the first six months following his reinstatement and $300 a month until the full administrative cost amount is satisfied.